# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAURA MCBROOM, | : |
| Plaintiff, | : |
| v. | : Case No. 2:21-cv-00710-JLG-EPD |
| | : Judge James L. Graham |
| 4OVER INTERNATIONAL, | : Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate that all claims in the above-captioned matter are hereby dismissed with prejudice. Each party shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *Peter G. Friedmann* | */s/ David A. Campbell (per email authority)* |
| Peter G. Friedmann (0089293) | David A. Campbell (0066494) |
| **The Friedmann Firm LLC** | Lewis Brisbois Bisgaard & Smith, LLP |
| 3740 Ridge Mill Drive | 1375 E. 9th Street, Suite 2250 |
| Hilliard, Ohio 43026 | Cleveland, OH 44114 |
| Phone: 614-610-9756 | Phone: (216) 344-9422 |
| Fax: 614-737-9812 | Fax: (216) 344-9421 |
| Email: pete@tfflegal.com | David.a.campbell@lewisbrisbois.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of January, 2022, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:   /s/ Peter G. Friedmann
       Peter G. Friedmann (0089293)